HATHAWAY *v.* TEXAS.

No. 532. Decided May 27, 1963.

*David B. Buerger* for appellant.

*Norman V. Suarez,* Assistant Attorney General of Texas, for appellee.

PER CURIAM.

The judgment is reversed on the representations of counsel for the appellee. *West Point Wholesale Grocery Co.* v. *City of Opelika, Alabama,* 354 U. S. 390.

YALE TRANSPORT CORP. *v.* UNITED STATES ET AL.

No. 936. Decided May 27, 1963.

*Herbert Burstein* for appellant.

*Solicitor General Cox,* Assistant Attorney General *Loevinger, Robert B. Hummel, Robert W. Ginnane, James Y. Piper* and *Fritz R. Kahn* for the United States et al.

PER CURIAM.

The motion to affirm is granted and the judgment is affirmed.